UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
:
:
v. : Case No.: 8:23-CR-342-JSM-SPF
:
:
JAVIER EDUARDO MONJE IQUINAS :
_____ :

**DEFENDANT JAVIER EDUARDO MONJE IQUINAS'S UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW, the Defendant, JAVIER EDUARDO MONJE IQUINAS, by and through his undersigned counsel, and hereby files this his unopposed motion to continue his trial and in support states as follows:

1. The Defendant was arrested on August 22, 2025, and he appeared on that date for arraignment, at which time he pled not guilty and was ordered detained.

2. Trial is set for September 29, 2025, at 9:00 a.m.

3. Undersigned counsel is awaiting discovery, and once he receives it, he will need time to review and analyze it.

4. Undersigned counsel will also need additional time to review the statutory penalties, the advisory federal sentencing guidelines, and the law and

evidence in this case and to meet with the Defendant to present a full case analysis.

5. Undersigned counsel respectfully requests that the defendant's trial be continued to the October 2025 trial term.

6. The Defendant does not oppose this request.

7. The Assistant United States Attorney does not oppose this request.

Case 8:23-cr-00342-JSM-SPF   Document 168   Filed 08/26/25   Page 2 of 4 PageID 377

## **CONCLUSION**

WHEREFORE, the Defendant, JAVIER EDUARDO MONJE IQUINAS, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:	(813) 228-6989
E:	mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire