# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:23-cr-342-JSM-SPF

JAVIER EDUARDO MONJE IQUINAS

_____

## ORDER

THIS matter is set on the OCTOBER 2025 trial docket. The Court finds that a continuance of trial is warranted. Consistent with the previous Orders entered in this case at Dkts. 111, 131, and 149, the Court has determined this trial should be continued to the November 2025 trial term, in order to conserve judicial resources and conduct trial for all remaining co-defendants at the same time. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1.      Defendant Javier Eduardo Monje Iquinas's Unopposed Motion to Continue Trial (Dkt. 168) is granted to the extent that the case is continued to the November 2025 trial docket.

2.      This case, **AS TO ALL DEFENDANTS**, is placed on the **NOVEMBER 2025** trial docket. The Court finds the ends of justice served by the continuance outweighs the best interest of the public and the Defendants in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3.      Further, the Court finds the statutory provision set forth in 18 USC § 3161(h)(6), which allows for "[a] reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted" is applicable.

4.     The parties are directed to file a JOINT status report on or before September 10, 2025.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record