UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:23-cr-342-JSM-SPF

JAIR ALBERTO ALVAREZ VALENZUELA
JAVIER EDUARDO MONJE IQUINAS
    a/k/a "El Profe"
ZAMIR MUÑOZ BARRIOS
LUIS CARLOS DIAZ MARTINEZ
HECTOR JUNIOR NUÑEZ RAMOS
ERICK DE JESUS RESTREPO SANCHEZ
RAUL LEONARDO BAYONA RINCON

## JOINT STATUS REPORT – October 2025

The United States of America, having conferred with counsels for the defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

The defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. There are seven co-defendants in the case. All the defendants have been extradited to the United States. Discovery has been served. The case is on the November trial calendar.

2. **Possibility of a plea agreement as to each defendant:**

The United States sent plea agreements to all the defendants except for Javier

Eduardo Monje Iquinas who was only extradited to the United States on August 21, 2025. The Government is preparing a plea agreement for Monje and will send one to his counsel soon. The Government understands that each defendant, with the exception of Luis Carlos Diaz Martinez, will enter a plea of guilty. Erick De Jesus Restrepo Sanchez has already entered a guilty plea.

Diaz Martinez wishes to proceed to trial in November 2025. Counsel for Diaz Martinez and the United States have been discussing the logistics of this trial.

3.   **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange and it is therefore requested that a date certain be set for trial. The Government will be prepared to proceed on the parties' previously-requested date of November 17, 2025. However, as described in more detail below, the Government understands that Diaz Martinez plans to file a motion for permission to depose an out-of-country witness under Fed. R. Crim. P. 15. Should that motion be filed, the United States intends to fully litigate the motion. Thus, that motion's resolution (and, if granted, the relief sought by that motion) could require a trial date after November 17.

The Government's current understanding is that the ongoing government shutdown will not impact the Government's abilities to bring these witnesses to the United States. If that fact changes, the parties will immediately alert the Court.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

Diaz Martinez has one pending motion and one anticipated motion:

- Diaz Martinez filed a motion to dismiss and a motion to sever on September 30, 2025 (*see* Doc. 178). The Government will respond to this motion as permitted by the Local Rules. This motion is currently not ripe for determination.

- Diaz Martinez has advised that he anticipates filing a motion under Fed. R. Crim. P. 15 that seeks permission to take the deposition of a key defense witness who resides in Colombia. Once that motion is filed, the Government will respond with both legal and practical concerns over the relief sought.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov

**U.S. v. Alvarez Valenzuela et al.**          **Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsels of Record.

*/s/ Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov
