# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ
and
RAUL LEONARDO BAYONA RINCON

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant Luis Carlos Diaz Martinez's Unopposed Motion to Continue Trial (Dkt. 247) and Defendant Raul Leonardo Bayona Rincon's Unopposed Motion to Continue Trial (Dkt. 257). Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motions to Continue are GRANTED to the extent that the case is removed from the December 2025 trial term as to BOTH REMAINING DEFENDANTS.

2. For the reasons stated in Defendant Luis Carlos Diaz Martinez's Motion (Dkt. 247), the Court will reset this case on the trial docket upon notification of the parties.

3. The parties are directed to immediately notify the Court if Defendant Raul Leonardo Bayona Rincon is unable to complete a Guilty Plea hearing prior to January 2, 2026.

4. The Court finds the ends of justice served by the continuance, for the reasons stated in the motions, outweigh the best interest of the public and the Defendants in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

5. The parties are directed to file a joint status report on or before the tenth day of each month, and to continue to file this monthly status report until trial is reached in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of November, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record